opinion filed November 1, 1948; rehearing denied November 15, 1948; released for publication November 16, 1948. Henry S. Blum and Edward M. Keating, for appellants; Immenhausen, Banovitz & Balin and Wilson & McIlvaine, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.

Louis Milani Foods, Inc., Appellee, v. Murray Scharf et al.
Appeal of Frank Bernard and Bernard Food Industries, Inc., Appellants.

Gen. No. 44,540.

opinion filed November 1, 1948; released for publication November 16, 1948. Richard M. Weinberger, for appellants; Mayer Goldberg, Leonard L. Levin and Albert I. Kegan, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.